NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 513, AFL-CIO,**
*Petitioner,*

v.

**NATIONAL LABOR RELATIONS BOARD,**
*Respondent.*

---

2010-3126

---

Petition for review of the National Labor Relations
Board in case no. 14-CB-10424.

---

**ON MOTION**

---

## O R D E R

The court considers whether this appeal should be
dismissed or transferred.

International Union of Operating Engineers Local
513, AFL-CIO petitions for review from an order of the
National Labor Relations Board (NLRB). This court is a
court of limited jurisdiction, which does not include peti-
tions for review from the NLRB. 28 U.S.C. § 1295.

A petition for review of an NLRB decision must be filed in the regional "United States court of appeals in the circuit wherein the unfair labor practice in question was alleged to have been engaged or wherein such person resides or transacts business, or in the United States Court of Appeals for the District of Columbia." 29 U.S.C. § 160(f).

Accordingly,

IT IS ORDERED THAT:

(1) The petitioner is directed to respond within 21 days from the date of filing of this order concerning whether this petition should be dismissed or transferred to a regional circuit court. The respondent may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

JUN 1 6 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Ronald C. Gladney, Esq.
Ronald Meisburg, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2010

JAN HORBALY
CLERK